IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

CARL ALLEN                                                                                      PLAINTIFF

V.                                                              CIVIL ACTION NO. 1:13-CV-00079-SA-DAS

R. DALE PIERCE                                                                              DEFENDANT

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON for consideration before the Court the Defendant's Motion To Dismiss With Prejudice Due To Settlement of any and all claims against all parties, and the Court finding said motion is well taken;

IT IS, THEREFORE, ORDERED AND ADJUDGED that the this cause be, and hereby is, dismissed with prejudice as to any and all claims against all parties with each party bearing their own costs.

SO ORDERED AND ADJUDGED, this the 1st day of April, 2014.

                                                     /s/ Sharion Aycock
                                                   UNITED STATES DISTRICT JUDGE